## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Robert M. Levy     **DATE:** 3/8/12

**DOCKET NUMBER:** 12-210M     **LOG #:** 11:13 – 11:16

**DEFENDANT'S NAME:** Luis Corado Jr.
✓ Present    ___ Not Present    ___ Custody    ✓ Bail

**DEFENSE COUNSEL:** Michelle Gelernt
✓ Federal Defender    ___ CJA    ___ Retained

**A.U.S.A:** _____    **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to ALL counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS:** ___